# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:

_Allen B. Snipe_

_____

_____

_Full name(s) of Plaintiff(s)_

v.

_Staples The Office_
_Superstore East LLC_

_____

_Full name(s) of Defendant(s)_

**COMPLAINT**
**FOR EMPLOYMENT**
**DISCRIMINATION**

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

√    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** _In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
**NOTE:** _In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against._

____    Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
**NOTE:** _In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission._

____    Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

*NOTE: In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff        Name: *Allen B. Snipe*
Street Address: *502 Sepia court*
County, City: *Newark, De*
State & Zip: *Delawre 19702*
Telephone Number: *(215) 200-71-55*

B.    List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant    Name: *Staples The office Superstore East LLC*
Street Address: *4 overlook Point - P.O. Box 7197*
County, City: *Rantoul*
State & Zip: *IL 61866-7197*
Telephone Number: *1-888-490-4747*

C.    The address at which I sought employment or was employed by the defendant(s) is:

Employer: *Staples The office Superstore East LLC*
Street Address: *323 West main street*
County, City: *Newark*
State & Zip: *Delaware 19702      (Store #1115)*
Telephone Number: *1888 490-4747*

**II.    Statement of the Claim**

A.    The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____    Failure to hire me

_____    Termination of my employment

__√__    Failure to promote me

-2-

_____ Failure to reasonably accommodate my disability

_____ Failure to reasonably accommodate my religion

_____ Failure to stop harassment

__√__ Unequal terms and conditions of my employment

__√__ Retaliation

_____ Other (*specify*):_____

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.  It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) _12_ , (day) _20_ , (year) _2020_ .

C.  I believe that the defendant(s) (check one):

_____ is still committing these acts against me.

__√__ is **not** still committing these acts against me.

D.  Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

__√__ race _____        _____ color _____

_____ religion _____        _____ gender/sex _____

_____ national origin _____

_____ age   My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.  The facts of my case are as follow (*attach additional sheets of paper as necessary*):

_Please see attached Discrimination changes, for answers._

_____

_____

_____

_____

_____

_____

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

**III.    Exhaustion of Administrative Remedies:**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: __10/23/2020__ (*Date*).

B.    The Equal Employment Opportunity Commission (*check one*):

_____    has not issued a Notice of Right to Sue Letter.
__√__    issued a Notice of Right to Sue Letter, which I received on 4/30/2021 (*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.    *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

_____    60 days or more have passed.
_____    fewer than 60 days have passed.

D.    It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.    Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

_____    One year or more has passed.
_____    Less than one year has passed.

## IV.   Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

_____ Direct the defendant to hire the plaintiff.

__✓__ Direct the defendant to re-employ the plaintiff.

__✓__ Direct the defendant to promote the plaintiff.

_____ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

_____ Direct the defendant to reasonably accommodate the plaintiff's religion.

_____ Direct the defendant to (*specify*):_____

__✓__ If available, grant the plaintiff appropriate injunctive relief, lost wages,

liquidated/double damages, front pay, compensatory damages, punitive damages,

prejudgment interest, post-judgment interest, and costs, including reasonable

attorney fees and expert witness fees.

_____ Other (*specify*):_____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 2⅟ day of ⚬7 _____, 202⟋.

Signature of Plaintiff _Allen B. Snipe_

Address _502 Sepia court_
_Newark, Delaware 19702_

Telephone number _(215) 200-7655_
Fax number (*if you have one*) _____

Rev. 3/18

## NOTICE TO PLAINTIFFS WITHOUT LAWYERS (*Pro Se*)
## IN EMPLOYMENT DISCRIMINATION CASES
## REGARDING APPOINTMENT OF COUNSEL

The purpose of this notice is to inform plaintiffs in employment discrimination cases who are representing themselves, known as proceeding "*pro se*," that the Court has established a panel of volunteer lawyers willing to represent *pro se* plaintiffs in employment discrimination cases by court appointment. If you are proceeding without a lawyer (*pro se*) and cannot afford a lawyer or are unable to hire a lawyer, you may request a lawyer from the panel by filing a motion for appointment of counsel.

If you would like the Court to place your case on the panel, you must complete the form motion and submit it to the Clerk of Court. It is the decision of the Judge assigned to your case whether to grant your request for counsel. If your request is granted, your case will be placed on the panel, which is a password-protected extranet site that can be viewed electronically by lawyers who are members of the panel. Your case will also be placed in "suspense" for a period of ninety days, which means that the case is on hold for that period of time to give lawyers on the panel time to review your case.

Placement of your case on the panel does not guarantee that your case will be accepted by a lawyer. Unless or until a lawyer files a notice of appearance officially notifying the Judge and other parties that he or she is your counsel of record, you are responsible for your own case. If a lawyer does not volunteer to represent you, you must represent yourself unless you are able to hire a lawyer.

If a lawyer on the panel is interested in your case, he or she will contact you about representing you. You will be required to sign a written representation agreement and cooperate with the lawyer throughout the case. Please note that if you are appointed a lawyer from the

Rev. 3/18

panel you still may be required to pay a contingent fee for your lawyer's services or pay litigation costs. Once a lawyer from the panel has entered his or her appearance as your lawyer, Court approval will be required to terminate your lawyer's representation. After your lawyer has been appointed, the Court will schedule your case for an early mediation conference. If a lawyer is appointed to represent you, all communications with the Court should be through your attorney.

Please remember to keep your address and contact information current with the Court throughout your case so that you receive Court orders, and so that lawyers from the panel can contact you if your case is placed on the panel for appointment. The Court's local rules require you to update your address within two weeks of an address change.

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:  **Allen Snipe**
**502 Sepia Court**
**Newark, DE 19702**

From:  **Philadelphia District Office**
**801 Market Street**
**Suite 1000**
**Philadelphia, PA 19107**

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2021-00322 | Legal Unit, Legal Technician | (267) 589-9707 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]  The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

[ ]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana R. Hutter_                                     April 30, 2021

**Dana R. Hutter,**                                  (Date Issued)
**Deputy Director**

Enclosures(s)

cc:   **Melanie Zaharias**
**Attorney at Law**
**2301 McGee Street, Suite 800**
**c/o Littler Mendelson, P.C. - GSC(LCS)**
**Kansas City, MO 64108**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2021-00322 |

| Delaware Department of Labor | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Allen Snipe** | **(215) 200-7155** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **502 Sepia Court** | **Newark, DE  19702** |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **STAPLES** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | **Newark, DE** |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest          Latest |
| ☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN | **10/29/2019     02/04/2020** |
| ☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION | |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired October 29, 2019, as a Store Manager in Training, by Mr. Marshall Belcher, District Manager.  I was terminated by Respondent on February 4, 2020.

I was first placed at the Price Corner store and worked with Bill LNU, Store Manager,  For the first 2 weeks, I worked on the training modules.  I later learned from a white coworker who was also a manager in training that he did not have to work on these modules, and he was promoted into the position of manager in a short space of time.  Around the end of November 2019,  Marshall Belcher told me that I was going to the Newark store within the week.  I reported to the Newark store which was overseen by Adam P_____(W).  I finished my module training by December 5.  I asked Adam about promotion because I finished my training and I urged him to contact Mr. Belcher.  Mr. Belcher called me on or around December 20, 2020, and said he was unhappy with my progress.  He said he was going to move me to the New Castle store (which was known

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/23/2020 *(signature)* x *(signature)*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 530-2021-00322 |

| Delaware Department of Labor | and EEOC |
|---|---|
| State or local Agency, if any | |

to be disorganized and chaotic), as a part time employee and I will no longer have the title of manager in training. On or around December 23, 2019, I called Sam Ceretti, HR, and told him that I am being treated less favorably than my white counterparts. He listened to my complaint and I believe he began an investigation. The next day, Adam would not allow me into the store and told me that Mr. Belcher instructed him not to allow me into the store. I went on vacation and returned to the Newark store on December 29, 2019 and was allowed into the store. I did not hear any more about the transfer, move to a regular position or removal from my training position. I continued to work as a full time manager in training at the Newark Store. However, I began to be subjected to retaliatory treatment. For example, Adam had me put up displays which I later learned from another manager were put up incorrectly. This employee told me that Adam was not properly training me. I also discovered that occasionally the store employees received one schedule which was different from my schedule. Because of this I came to work on day where I learned I was actually scheduled off. This gave the appearance that I was irresponsible about my work schedule or was not adhering to the schedule. During this time, I was written up for matters which were menial, such as the display issue, being out once for a family emergency and another reason. The display issue was suspect because Adam was the person who taught me about the displays. Regarding the family emergency, Adam gave me the rest of the day off on this occasion. During the week of February 4, 2020, Mr. Belcher came by the store with other managers on a walk through. On February 4, 2020, Adam fired me as a result of the false reprimands he had issued to me.

I believe I was subjected to differential treatment due to my race black, and terminated in retaliation for complaining of race discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X _____   X _____<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _502 Sepia court Newark Delaware 19702_

Address of Defendant: _4 overlook Point - P.O Box 7197 - Newton IL 7197_

Place of Accident, Incident or Transaction: _323 West main street Newark DE 19702 (Stone # 1115)_

---

**RELATED CASE, IF ANY:**

Case Number: _____    Judge: _____    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _7-21-2021_    x _____ Must sign here _____    _____
Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.   Federal Question Cases:**

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☒ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
*(Please specify):* _____

**B.   Diversity Jurisdiction Cases:**

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
*(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____    _____    _____
Sign here if applicable
Attorney-at-Law / Pro Se Plaintiff    Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

## Important Privacy Notice

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR
REHABILITATION ACT LAWSUIT**

**<u>INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY</u>**

This packet contains forms to permit you to file the following:

Form 1.     Civil Complaint

Form 2.     Description of Lawsuit for Court Assignment

Form 3.     Application to Proceed <u>In Forma Pauperis</u> (for people unable to pay the filing fee)

Form 4.     Request for Appointment of Attorney

**<u>GENERAL INSTRUCTIONS</u>**

**<u>FORM 1 – CIVIL COMPLAINT</u>**

You should fill out and file Form 1 – Civil Complaint. When filling out the complaint, you should remember the following:

1) You are the plaintiff. The defendant(s) is the employer(s) being sued. If you are filing against a government agency or department, use the title of the head of that agency or department – such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania, etc.

2) Your complaint must be legibly printed by hand or typewritten.

3) You must personally sign your complaint and declare under penalty of perjury that the facts you allege are correct.

4) You must attach to the complaint a copy of your Notice of Right to Sue Letter from the Equal Employment Opportunity Commission. The complaint must be filed within the time specified in your Notice of Right to Sue Letter.

**<u>FORM 2 – DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT</u>**

When you file your complaint, you must also complete and file an original and one copy of Form 2 – Description of Lawsuit for Court Assignment.

(Rev. 5/2017)

-1-

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $52.00 Administrative Fee. If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint. On Form 3, you must provide an explanation for why you are unable to pay the filing fee. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis. If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee. You then must arrange to serve the complaint on the defendant(s). The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

Fredricka Warren
Christine Spriggs
EEOC, Information Specialists
801 Market Street, Suite 1300
Philadelphia, PA 19107

When you have completed your forms, bring them or mail them to:

Clerk of Court
United States District Court
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

-2-